UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, ROBERT B. FORD, ROBERT E. FUNCK, JR., JOSEPH MANNING, and CHRISTOPHER J. CALAMARI,<br><br>Defendants. | Case No. 1:22-cv-04661<br><br>District Judge Steven C. Seeger |

**MOTION OF KBC ASSET MANAGEMENT NV AND QUONIAM ASSET MANAGEMENT GMBH FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF THEIR SELECTION OF LEAD COUNSEL</u>**

KBC Asset Management NV ("KBC") and Quoniam Asset Management GmbH ("Quoniam") respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an order: (i) appointing KBC and Quoniam as Lead Plaintiff; (ii) approving KBC and Quoniam's selection of Motley Rice LLC ("Motley Rice") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to serve as Lead Counsel for the class; and (iii) granting any further relief as the Court may deem just and proper.

This Motion is made on the grounds that KBC and Quoniam believe they are the "most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, KBC and Quoniam believe that they have the "largest financial interest" in the relief sought by the class in this action by virtue of, among other things, the approximately $10.1 million in losses, on a last-in, first-out basis, that their funds incurred on their purchases of over 2 million shares of Abbott Laboratories common stock between February 19, 2021, and June 8, 2022, both dates inclusive. KBC and Quoniam also satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other class members' claims and because they will fairly and adequately represent the interests of the class. Moreover, KBC and Quoniam are a paradigmatic Lead Plaintiff under the PSLRA because they are sophisticated institutional investors with a substantial financial stake in the litigation, which guarantees effective monitoring and supervision of counsel.

KBC and Quoniam respectfully request oral argument.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Avi Josefson and exhibits annexed thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, KBC and Quoniam respectfully request that the Court: (i) appoint KBC and Quoniam as Lead Plaintiff pursuant to the PSLRA; (ii) approve KBC and Quoniam's selection of Motley Rice and Bernstein Litowitz to serve as Lead Counsel for the class; and (iii) grant any further relief as the Court may deem just and proper.

DATED: October 31, 2022

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Avi Josefson
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60601
Telephone: (312) 337 3880
Facsimile: (312) 794 7801
avi@blbglaw.com

and

Gerald H. Silk
Hannah Ross
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554 1400
Facsimile: (212) 554 1444
jerry@blbglaw.com
hannah@blbglaw.com
scott.foglietta@blbglaw.com

**MOTLEY RICE LLC**

Gregg S. Levin
Christopher F. Moriarty
Andrew P. Arnold
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com

*Counsel for KBC Asset Management NV and Quoniam Asset Management GmbH and Proposed Lead Counsel for the Class*

3