## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

PEMBROKE PINES FIREFIGHTERS & POLICE
OFFICERS PENSION FUND, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

    v.

ABBOTT LABORATORIES, ROBERT B. FORD,
ROBERT E. FUNCK, JR., JOSEPH MANNING,
and CHRISTOPHER J. CALAMARI,

                Defendants.

Case No. 1:22-cv-04661

District Judge Steven C. Seeger

### JOINT INITIAL STATUS REPORT AND [PROPOSED] SCHEDULING ORDER FOR FILING THE AMENDED CLASS ACTION COMPLAINT AND RELATED BRIEFING

WHEREAS, on October 6, 2022, the Court granted the Joint Stipulated Motion to Adjourn the Initial Status Conference and First Request to Extend Time to Respond to the Complaint, which provided, *inter alia*, that "[w]ithin ten days of the entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall provide the Court with a Joint Initial Status Report and a proposed schedule for filing an amended complaint or designating the operative complaint, and Defendants' response thereto" [ECF No. 8];

WHEREAS, on October 31, 2022, Lead Plaintiffs Quoniam Asset Management GmbH ("Quoniam") and KBC Asset Management NV ("KBC" and, collectively with Quoniam, "Lead Plaintiffs") filed their Moton for Appointment as Lead Plaintiff, and Approval of Their Selection of Lead Counsel in this Action [ECF No. 14];

WHEREAS, on March 7, 2023, the Court appointed Quoniam and KBC as Lead Plaintiffs and approved the selection of Bernstein Litowitz Berger & Grossmann LLP and

Motley Rice LLC as Lead Counsel (ECF No. 26);

WHEREAS, the Lead Plaintiffs and Defendants Abbott Laboratories, Robert B. Ford, Robert E. Funck, Jr., Joseph Manning, and Christopher J. Calamari ("Defendants" and, collectively with Lead Plaintiffs, the "Parties") have conferred and agreed to a proposed scheduled for the filing of the amended complaint and Defendants' response thereto: (a) Lead Plaintiffs will file an amended complaint ("Amended Complaint") on April 21, 2023; (b) Defendants will file a motion to dismiss the Amended Complaint on June 20, 2023; (c) Lead Plaintiffs will file an opposition to any motion to dismiss filed by Defendants on August 7, 2023; (d) Defendants will file a reply in further support of any motion to dismiss on September 8, 2023.

WHEREAS, the Parties further agree that the caption of the case to be reflected on pleadings be changed to "*In re Abbott Laboratories Infant Formula Securities Litigation.*"

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the Parties through their respective counsel of record as follows:

1. Lead Plaintiffs shall file the Amended Complaint on Friday, April 21, 2023.

2. Defendants shall move to dismiss or file their answer to the Complaint on Tuesday, June 20, 2023.

3. Lead Plaintiffs shall file an opposition to any motion by Defendants to dismiss the Amended Complaint on Monday, August 7, 2023.

4. Defendants shall file a reply brief in support of any motion to dismiss on Friday, September 8, 2023.

**IT IS FURTHER STIPULATED AND AGREED** that documents filed in this Action will bear the caption "*In re Abbott Laboratories Infant Formula Securities Litigation.*"

Dated: March 16, 2023                          Respectfully submitted,


                                                        */s/ Avi Josefson*_____

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Lauren A. Ormsbee (*pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Email: salvatore@blbglaw.com
       lauren@blbglaw.com

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Email: avi@blbglaw.com

**MOTLEY RICE LLC**
Christopher F. Moriarty
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com

*Counsel for Lead Plaintiffs and
Co-Lead Counsel for the Class*

**KIRKLAND & ELLIS LLP**

By */s/ Joshua Z. Rabnovitz*
Mark R. Filip, P.C.
Joshua Z. Rabinovitz
300 North LaSalle
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
Mark.Filip@kirkland.com
Joshua.Rabinovitz@kirkland.com

James P. Gillespie
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington D.C. 20004
Tel: 202-389-5000

Fax: 202-389-5200
James.Gillespie@kirkland.com

Brad Masters (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
60 East South Temple
Salt Lake City, UT 84111
Tel: 801-877-8143
Fax: 801-877-8101
Brad.Masters@kirkland.com

*Counsel for Defendants Abbott Laboratories,*
*Robert B. Ford, Robert E. Funck, Jr., Joseph*
*Manning, and Christopher J. Calamari*