IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>ABBOTT LABORATORIES, et al.,<br><br>Defendants. | Case No. 1:22-cv-4661<br><br>Hon. Steven C. Seeger |

## MOTION TO DISMISS

Defendants—Abbott Laboratories, Robert Ford, Robert Funck, Jr., Christopher Calamari, and Lori Randall—hereby move to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying memorandum in support.

| | |
|---|---|
| Dated: June 20, 2023 | Respectfully submitted,<br><br>/s/ *Joshua Z. Rabinovitz*<br>Mark Filip<br>Joshua Z. Rabinovitz<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br>Mark.Filip@kirkland.com<br>Joshua.Rabinovitz@kirkland.com<br><br>James P. Gillespie (*pro hac vice*)<br>Joseph C. Schroeder<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue NW<br>Washington D.C. 20004<br>(202) 389-5000<br>jgillespie@kirkland.com<br>Joseph.Schroeder@kirkland.com<br><br>Brad Masters (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>60 East South Temple<br>Salt Lake City, UT 84111<br>(801) 877-8100<br>Brad.Masters@kirkland.com<br><br>*Counsel for Defendants* |