**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND, Individually and on Behalf of All Other Similarly Situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:22-cv-4661 |
| | ) ) | Hon. Steven C. Seeger |
| ABBOTT LABORATORIES, ROBERT B. FORD, ROBERT E. FUNCK, JR., CHRISTOPHER J. CALAMARI, and LORI J. RANDALL, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby submit the attached recent decision in *Macquarie Infrastructure Corp. v. Moab Partners*, No. 22-1165, 2024 WL 1588706 (S.Ct. Apr. 12, 2024), as additional support for their motion to dismiss Plaintiffs' claim under Item 303 of Regulation S-K.

1

Dated:  April 15, 2024

Respectfully submitted,

*/s/ Joshua Z. Rabinovitz*

Mark Filip
Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
Mark.Filip@kirkland.com
Joshua.Rabinovitz@kirkland.com

James P. Gillespie (*pro hac vice*)
Joseph C. Schroeder
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington D.C. 20004
(202) 389-5000
jgillespie@kirkland.com
Joseph.Schroeder@kirkland.com

Brad Masters (*pro hac vice*)
KIRKLAND & ELLIS LLP
95 S State Street
Salt Lake City, UT 84111
(801) 877-8100
Brad.Masters@kirkland.com

*Counsel for Defendants*

2