**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, ROBERT B. FORD, ROBERT E. FUNCK, JR., JOSEPH MANNING, and CHRISTOPHER J. CALAMARI,<br><br>Defendants. | Case No. 1:22-cv-04661<br><br>District Judge Steven C. Seeger |

## <u>LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Lead Plaintiffs respectfully submit the recent decision in *In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation*, No. 1:22-cv-05513, ECF No. 142 (N.D. Ill. Aug. 7, 2024) (Harjani, J.) (the "Derivative Action"), attached hereto as Exhibit A, as additional support for their opposition to Defendants' Motion to Dismiss.[1]  ECF No. 43.  The Honorable Judge Sunil R. Harjani's decision on motion to dismiss, which sustained plaintiffs' Section 10(b) claim and breach of fiduciary claim, further supports denial of Defendants' Motion to Dismiss.

*First*, Judge Harjani sustained the Derivative Action plaintiffs' Section 10(b) claim against certain defendant directors and officers—including Individual Defendants Robert B. Ford, Robert E. Funck, and Christopher J. Calamari—for making substantially identical materially false and misleading statements to those alleged in the Amended Complaint.  *Compare* Derivative Compl.

---

[1] The term "Amended Complaint" or "Am. Compl." refers to Plaintiffs' Amended Class Action Complaint filed April 21, 2023 (ECF No. 35).  The term "Derivative Complaint" or " Derivative Compl." refers to the Consolidated Amended Verified Stockholders' Derivative Complaint filed October 16, 2023 in the Derivative Action (ECF No. 91), attached hereto as Exhibit B.  The terms "Plaintiffs," "Abbott," the "Company," "Defendants," and "Individual Defendants" are defined at ¶¶28-36, and other capitalized terms are defined in the Complaint Glossary of Key Terms, unless otherwise noted.

¶¶363-88, *with* Am. Compl. ¶¶308-446; *see also* Ex. A at 11-14 (sustaining statements about "Abbott's manufacturing processes, adherence to regulations, [] failure to address illicit conduct," and "when and how the whistleblower complaint was made," and omitting "references to the FDA pushing Abbott to initiate the recall and the FDA's ongoing investigation."). In sustaining plaintiffs' Section 10(b) claim, the court found that "the Section 10(b) Defendants knew about the false statements and did nothing to stop them." Ex. A at 13.

*Second*, the Derivative Action decision further supports a finding that the Complaint adequately pleads scienter, including Defendant Abbott's scienter. Among other things, Judge Haranji concluded that Defendant Abbott's management "***saw red, or at least yellow, flags***" concerning the worsening food safety violations at the Sturgis plant, citing the same whistleblower OSHA complaints and the 2019 and 2021 Form 483s and their related EIRs described in the Complaint. Ex. A at 23-25. In so concluding, Judge Haranji specifically noted that these reports were addressed, or otherwise available to, Abbott's General Counsel and Secretary, Hubert L. Allen. *Id.* The Complaint here alleges that Allen was a "direct report of Defendant Ford," and "knew of the contents" of these reports (*see* Am. Compl. ¶¶108, 399) – allegations that, as Judge Haranji's opinion indicates, support an inference of Abbott's scienter, at a minimum.

Dated: August 8, 2024

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

**MOTLEY RICE LLC**

*/s/ Abe Alexander*
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

-and-

Salvatore J. Graziano (admitted *pro hac vice*)
Abe Alexander (admitted *pro hac vice*)
Veronica V. Montenegro (admitted *pro hac vice*)
Timothy Fleming (admitted *pro hac vice*)
Emily A. Tu (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
abe.alexander@blbglaw.com
veronica.montenegro@blbglaw.com
timothy.fleming@blbglaw.com
emily.tu@blbglaw.com

*Counsel for Co-Lead Plaintiff Quoniam Asset Management GmbH and Co-Lead Counsel for the Class*

*/s/ Gregg S. Levin*
Gregg S. Levin
Lance V. Oliver
Christopher F. Moriarty
Erin C. Williams
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
loliver@motleyrice.com
cmoriarty@motleyrice.com
ecwilliams@motleyrice.com

**MOTLEY RICE LLC**
Serena P. Hallowell
777 Third Ave., 27th Floor
New York, NY 10017
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
shallowell@motleyrice.com

*Counsel for Co-Lead Plaintiff KBC Asset Management NV and Co-Lead Counsel for the Class*

3