**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:22-cv-4661 <br><br> Hon. Steven C. Seeger |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby submit the attached recent decision in *Khong Meng Chew v. MoneyGram International*, No. 18-cv-7537, 2024 WL 4346522 (N.D. Ill. Sept. 30, 2024) (Pacold, J.), as additional support for their motion to dismiss. Judge Pacold's decision dismissed § 10(b) claims premised on allegations that the defendants, through various public statements and filings concerning issues such as the the company's general financial outlook and compliance programs, assured investors that certain compliance efforts were effective at a time when those efforts were deficient. The Court held that the plaintiffs did not adequately allege that the defendants made material misrepresentations or omissions or plead scienter with particularity. Similar arguments are at issue in Defendants' motion to dismiss pending before the Court.

1

Dated: October 8, 2024

Respectfully submitted,

*/s/ Joshua Z. Rabinovitz*

Mark Filip
Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-2000
Mark.Filip@kirkland.com
Joshua.Rabinovitz@kirkland.com

James P. Gillespie (pro hac vice)
Joseph C. Schroeder
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5000
James.Gillespie@kirkland.com

Brad Masters (pro hac vice)
KIRKLAND & ELLIS LLP
95 S State Street
Salt Lake City, UT 84111
(801) 877-8100
Brad.Masters@kirkland.com

*Counsel for Defendants*