# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:22-cv-4661 <br><br> Hon. Steven C. Seeger |

## DECLARATION OF NICOLE M. CLEMINSHAW IN SUPPORT OF DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

I, Nicole M. Cleminshaw declare:

1.      I am a partner with the law firm of Kirkland & Ellis LLP and counsel for Abbott Laboratories in connection with the United States Securities and Exchange Commission's investigation into Abbott Laboratories.

2.      I submit this Declaration in Support of Defendants' Notice of Supplemental Authority, filed contemporaneously herewith.

3.      I received a letter dated May 12, 2025, from the SEC Division of Enforcement advising that it had concluded its investigation concerning Abbott Laboratories regarding matters relating to the Company's February 2022 recall of certain powdered infant formula and did not intend to recommend any enforcement action (the "Termination Letter").

4.      Attached hereto as **Exhibit A** is a true and correct copy of the Termination Letter.

2

Pursuant to 28 U.S.C. §1746, under penalty of perjury, the foregoing is true and correct, to the best of my information, knowledge, and belief.


Dated: July 8, 2025

Washington, D.C.                                          Nicole M. Cleminshaw

2