# Exhibit A



**DIVISION OF
ENFORCEMENT**

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

May 12, 2025

**<u>VIA EMAIL</u>**

Abbott Laboratories
c/o Nicole Cleminshaw, Elizabeth Hess, and W. Neil Eggleston
Kirkland & Ellis LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004

Re: In the Matter of Abbott Laboratories (HO-14535)

Dear Ms. Cleminshaw, Ms. Hess, and Mr. Eggleston:

We have concluded the investigation as to Abbott Laboratories. Based on the information we have as of this date, we do not intend to recommend an enforcement action by the Commission against Abbott Laboratories. We are providing this notice under the guidelines set out in the final paragraph of Securities Act Release No. 5310, which states in part that the notice "must in no way be construed as indicating that the party has been exonerated or that no action may ultimately result from the staff's investigation." (The full text of Release No. 5310 can be found at: http://www.sec.gov/divisions/enforce/wells-release.pdf.)

Sincerely,

Timothy England
Assistant Director
EnglandT@sec.gov