**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Pembroke Pines Firefighters & Police Officers Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:22−cv−04661
Honorable Steven C. Seeger

Abbott Laboratories, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The joint stipulated motion to set a schedule (Dckt. No. [72]) is hereby granted. The parties have agreed on a Confidential Term Sheet for a proposed settlement, and are in the process of drafting a final stipulation of settlement. As proposed, a motion for preliminary approval of the settlement is due by August 21, 2026. The Court vacates the upcoming deadline to file an amended complaint. If this Court denies the motion for preliminary approval of the settlement, then a motion for leave to file a second amended complaint will be due four weeks later. Mailed notice(lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.