**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, et al.,<br><br>Defendants. | Case No. 1:22-cv-4661<br><br>Hon. Steven C. Seeger |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF PROPOSED SETTLEMENT AND AUTHORIZATION
TO DISSEMINATE NOTICE OF SETTLEMENT**

Lead Plaintiffs KBC Asset Management NV and Quoniam Asset Management GmbH, by and through their undersigned counsel, respectfully move this Court for entry of an Order: (i) granting preliminary approval of the proposed Settlement of the above-captioned action; (ii) approving the form and manner of providing notice of the Settlement to Settlement Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement.

The Motion is based upon the Stipulation and Agreement of Settlement, dated August 21, 2026, attached hereto as Exhibit 1; the accompanying Memorandum of Law; and all other papers and proceedings herein. The [Proposed] Order Preliminarily Approving Settlement and Providing for Notice is attached as Exhibit A to the Stipulation and Agreement of Settlement, and a Word version has been sent via e-mail to Proposed_Order_Seeger@ilnd.uscourts.gov.

Pursuant to the terms of the Stipulation and Agreement of Settlement, this Motion is unopposed by Defendants.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Christopher F. Moriarty*

**MOTLEY RICE LLC**
Lance V. Oliver
Christopher F. Moriarty
Gregg S. Levin
Erin Casey Williams
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
loliver@motleyrice.com
cmoriarty@motleyrice.com
glevin@motleyrice.com
ecwilliams@motleyrice.com

Serena P. Hallowell
800 Third Ave., 27th Floor
New York, NY 10022
(212) 577-0040
shallowell@motleyrice.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
James A. Harrod (*pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
(212) 554-1400
salvatore@blbglaw.com
jim.harrod@blbglaw.com

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
(312) 373-3880
avi@blbglaw.com