**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Pembroke Pines Firefighters & Police Officers Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:22−cv−04661
Honorable Steven C. Seeger

Abbott Laboratories, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The motion for preliminary approval of the proposed class action settlement and authorization to disseminate notice of settlement (Dckt. No. [74]) is hereby granted. The Court carefully reviewed the proposed class action settlement and the proposed class notice, as well as the supplemental brief (Dckt. No. [82]) and the Supplemental Agreement (Dckt. No. [81]). The Court preliminarily finds that the proposed settlement is fair, reasonable, and adequate after considering the factors in Rule 23(e)(2). The Court hereby certifies the proposed settlement class. The Court approves the proposed class notice. The parties must file the final class notice once it is issued to members of the proposed settlement class. The Court directs counsel to meet and confer about a mutually convenient date for the final approval hearing, and must send an email to the Courtroom Deputy with some proposed dates. Needless to say, the date must allow enough time for the process to run its course, given that class members have 120 days to request exclusion (and so on). Order Preliminarily Approving Settlement and Providing for Notice to follow. The preliminary approval will be effective (and will be the "Notice Date") upon the filing of that Order. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.