**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Pembroke Pines Firefighters & Police Officers Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:22−cv−04661
Honorable Steven C. Seeger

Abbott Laboratories, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Supplemental Agreement (Dckt. No. [81]), which the parties filed under seal as directed at the hearing on September 21, 2026. As stated at the hearing, the agreement basically says that Defendants shall have the option to terminate the proposed settlement if a certain amount of settlement class members seek exclusion from the settlement class. The Court agrees that it is appropriate to redact the amount of exclusions that would trigger Defendants' right to void the agreement. That said, it is less obvious that the whole agreement needs to be sealed. It is hard to see why anything needs to be withheld from public view, other than the threshold itself. So the Court orders the following. No later than October 23, 2026, counsel must file on the public docket a redacted version of the Supplemental Agreement. The parties may redact content in the first three lines of the second page. The parties may redact the text after "Settlement Class Members" on the first line, and may continue the redactions until the text immediately before the parenthetical on the third line. Basically, the parties can redact the text that reveals the threshold itself. Alternatively, if the parties believe that this approach is problematic for any reason, or if any additional text needs to be redacted, then they can file a motion for reconsideration by October 23, 2026. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.