**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, et al.,<br><br>Defendants. | Case No. 1:22-cv-4661<br><br>Hon. Steven C. Seeger<br><br>**DO NOT FILE** |

**SUPPLEMENTAL AGREEMENT**

**[CONFIDENTIAL – NOT TO BE FILED WITH THE COURT
OR OTHERWISE DISCLOSED PUBLICLY]**

Lead Plaintiffs Quoniam Asset Management GmbH and KBC Asset Management NV (collectively, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class; and Defendant Abbott Laboratories ("Abbott") and Defendants Robert B. Ford, Robert E. Funck, Jr., Christopher J. Calamari, and Lori J. Randall (collectively with Abbott, "Defendants"), by and through their respective counsel, hereby enter into this confidential supplemental agreement (the "Supplemental Agreement") with respect to the subject matter identified in ¶ 37 of the Stipulation and Agreement of Settlement dated August 21, 2026 (the "Stipulation"). All capitalized words and terms not defined in this Supplemental Agreement shall have the meaning stated in the Stipulation.

IT IS HEREBY AGREED AS FOLLOWS:

1. Pursuant to and in accordance with the provisions of ¶ 37 of the Stipulation, Defendants shall have the option, at their sole discretion, to terminate the Settlement in its entirety

and to render the Stipulation null and void if Settlement Class Members [redacted] (the "Opt-Out Threshold") properly seek exclusion from the Settlement Class. To be valid for purposes of this Supplemental Agreement, a request for exclusion must be timely and contain all of the information and documentation requested in the Notice or otherwise accepted by the Court.

2. Defendants' Counsel are not currently aware of any Settlement Class Member (a) who has indicated that they intend to opt out of the Settlement Class; (b) who has filed a securities lawsuit against Defendants relating to the same subject matter as this action; or (c) with whom any Defendant has entered into a tolling agreement with respect to any Released Plaintiffs' Claim. Defendants and Defendant's Counsel will not solicit, encourage, or assist any Settlement Class Member to request exclusion from the Settlement Class.

3. Co-Lead Counsel and Defendants' Counsel shall jointly request that the deadline for submitting requests for exclusion from the Settlement Class be no later than thirty (30) calendar days prior to the Settlement Hearing. Copies of all requests for exclusion from the Settlement Class received by the Claims Administrator (or other person designated to receive exclusion requests) shall be provided to Defendants' Counsel on a rolling basis, in accordance with ¶ 21 of the Stipulation, but no later than three (3) business days after the deadline for requests for exclusion set forth in the Court's Preliminary Approval Order.

4. The election provided for in ¶ 1 of this Supplemental Agreement must be made and communicated in writing to Co-Lead Counsel within twenty-one (21) calendar days after the deadline for exclusion requests by Settlement Class Members as set forth in the Court's Preliminary Approval Order, but in no event shall such election be provided to Co-Lead Counsel

later than three (3) business days prior to the Settlement Hearing. If the election is made, it may be revoked by Defendants at any time.

5. Co-Lead Counsel shall have the right to communicate with any persons and entities that submit requests for exclusion. If requests for exclusion are withdrawn, Co-Lead Counsel will immediately inform Defendants' Counsel, and Defendants will determine in good faith whether such withdrawals render the Opt-Out Threshold no longer met. If Defendants determine that the Opt-Out Threshold is no longer met, the election to terminate will become null and void and of no further effect. Should there be a dispute between Lead Plaintiffs and Defendants as to whether the Opt-Out Threshold has been met, they will present the dispute *in camera* to the Court for resolution prior to or at the Settlement Hearing.

6. This Supplemental Agreement shall not be filed with the Court unless and until a dispute among Lead Plaintiffs and Defendants concerning its interpretation or application arises and, in that event, it shall be filed and maintained with the Court under seal. If required by the Court, this Supplemental Agreement and/or any of its terms may be disclosed to the Court *in camera*, but such disclosure shall be carried out to the fullest extent possible in accordance with the practices of the Court so as to preserve the confidentiality of the Supplemental Agreement, particularly the Opt-Out Threshold set forth in ¶ 1 of this Supplemental Agreement.

7. Each counsel executing the Supplemental Agreement on behalf of any party hereto hereby warrants that he or she has the full authority to do so.

**IN WITNESS WHEREOF,** the Parties hereto have caused this Supplemental Agreement to be executed, by their duly authorized attorneys, as of August 21, 2026.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Salvatore J. Graziano (admitted *pro hac vice*)
James A. Harrod (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
salvatore@blbglaw.com
jim.harrod@blbglaw.com

-and-

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 373-3880
avi@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Settlement Class*

**KIRKLAND & ELLIS LLP**

Mark Filip
Brenton A. Rogers
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
mark.filip@kirkland.com
brogers@kirkland.com

*Counsel for Defendants*

**MOTLEY RICE LLC**

Lance V. Oliver
Christopher F. Moriarty
Gregg S. Levin
Erin C. Williams
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
loliver@motleyrice.com
cmoriarty@motleyrice.com
glevin@motleyrice.com
ecwilliams@motleyrice.com

Serena P. Hallowell
800 Third Avenue, Suite 2401
New York, New York 10022
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
shallowell@motleyrice.com

*Co-Lead Counsel for Lead Plaintiffs and the Settlement Class*